**Gary CULBERTSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62397.**

Missouri Court of Appeals,
Western District.

Jan. 30, 2004.

Irene C. Karns, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, ROBERT G. ULRICH, Judge and RONALD R. HOLLIGER, Judge.

## *ORDER*

PER CURIAM.

Gary Culbertson appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).